IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV287-MU

| | | |
|---|---|---|
| DAVID TRITLE, | ) | |
|     Plaintiff, | ) | Judge Mullen |
| v. | ) | |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) | |
|     Defendant. | ) | |

## ORDER GRANTING EXTENSION OF DISPOSITIVE MOTION DEADLINE TO JULY 29, 2005

NOW, THEREFORE, IT IS HEREBY ORDERED, that the dispositive motion deadline in the above cause of action be extended to July 29, 2005.

/s/ Graham C. Mullen
Hon. Graham C. Mullen,
U.S. District Judge