IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:04-cv-00287-W

| DAVID TRITLE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court was advised on the record in open court on September 27, 2006, that the parties had settled all matters in controversy among them. Therefore this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within twenty (20) days hereof. The parties are directed to file their Stipulation of Dismissal With Prejudice on or before October 31, 2006.

IT IS SO ORDERED.

Signed: October 11, 2006

Frank D. Whitney
United States District Judge