IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:04-cv-00287-W

| | | |
|---|---|---|
| **DAVID TRITLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ELECTRONIC DATA SYSTEMS CORPORATION,** | ) ) | |
| | ) | |
| **Defendant.** | ) ) | |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court was advised on the record in open court on September 27, 2006, that the parties had settled all matters in controversy among them. On October 11, 2006, the Court ordered the parties to submit their Stipulation of Dismissal With Prejudice on or before October 31, 2006. (Doc. No. 32). Pursuant to the request and representations of counsel for Plaintiff, it appears to the Court that Plaintiff needs an additional seven (7) calendar days within which to file the Stipulation of Dismissal. IT IS, THEREFORE, ORDERED that the parties must submit to the Court their Stipulation of Dismissal on or before November 8, 2006. No more extensions of time shall be granted in this matter.

IT IS SO ORDERED.

Signed: November 1, 2006

Frank D. Whitney
United States District Judge